# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHAWN RILEY,

                        Plaintiff,

v.

C.O. FRANKE, LT. CAMPBELL, CAPTAIN SCHULTZ, SGT. FRANCOIS, CATHY FRANCOIS, NURSE VAN VERKINTER, NURSE TREMEL, and JANE DOE,

                        Defendants.

Case No. 17-CV-891-JPS

**ORDER**

Plaintiff, who is incarcerated at the Wisconsin Secure Program Facility, filed a *pro se* complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. (Docket #1). On June 29, 2017, the Court ordered Plaintiff to pay an initial partial filing fee of $13.49, pursuant to 28 U.S.C. § 1915(b)(1), no later than July 20, 2017. (Docket #6). In the June 29 order, the Court cautioned that failure to pay the filing fee or otherwise respond would result in dismissal of this action without prejudice. *See* Civ. L. R. 41(c). The July 20 deadline has passed and, to date, Plaintiff has not paid the initial partial filing fee nor communicated with the Court, other than to file a refusal to the jurisdiction of the assigned magistrate judge and file a motion for appointment of counsel. *See* (Docket #7, #8). Because he has not complied with the Court's June 29 order, this action will be dismissed without prejudice for Plaintiff's failure to prosecute the same

      Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 24th day of July, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge