# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHAWN RILEY,

        Plaintiff,

v.

JARED FRANKE,

        Defendant.

Case No. 17-CV-891-JPS

**ORDER**

On October 3, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice. (Docket #71). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant has also agreed to pay Plaintiff $370.00 for his filing fee and copying costs, which the Court shall include in this Order.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #71) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, and Defendant shall pay to Plaintiff $370.00 for his filing fee and copying costs in this matter.

Dated at Milwaukee, Wisconsin, this 9th day of October, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge